JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANETTE FRIAS, <br>     Plaintiff, <br><br> vs. <br><br> ENVIRONMENTAL HEALTH DIVISION OF ORANGE COUNTY, <br><br>     Defendant. | Case No.: CV 11-3656 DSF (MANx) <br><br> JUDGMENT |

    The Court having granted Defendant's motion for summary judgment,

    IT IS NOW ORDERED AND ADJUDGED that Plaintiff take nothing, that her claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: August 21, 2012

                                                  Dale S. Fischer <br>
                                            United States District Judge